622

**UNITED STATES of America v. Roger L. BARKER et al.**

No. 2630.

Circuit Court of Appeals, Tenth Circuit.

March 1, 1943.

George H. West, U. S. Atty., of Topeka, Kan., for appellant.

Frank L. Bates, of Kansas City, Kan., for appellees.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Remanded to United States District Court for District of Kansas on application of United States and a stipulation of the parties, for the entry of judgment pursuant to stipulation of settlement.

**UNITED STATES of America v. Roger L. BARKER et al.**

No. 2631.

Circuit Court of Appeals, Tenth Circuit.

March 1, 1943.

George H. West, U. S. Atty., of Topeka, Kansas, for appellant.

Frank L. Bates, of Kansas City, Kansas, for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

* * *

PER CURIAM.

Remanded to United States District Court for District of Kansas on application of United States and a stipulation of the parties, for the entry of judgment pursuant to stipulation of settlement.

**UNITED STATES of America v. Mary A. JOHNSON et al.**

No. 2633.

Circuit Court of Appeals, Tenth Circuit.

March 1, 1943.

George H. West, U. S. Atty., of Topeka, Kan., for appellant.

Frank L. Bates, of Kansas City, Kan., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Remanded to United States District Court for District of Kansas on application of United States and a stipulation of the parties, for the entry of judgment pursuant to stipulation of settlement.

**UNITED STATES of America v. Isaac R. KIRK.**

No. 2634.

Circuit Court of Appeals, Tenth Circuit.

March 1, 1943.

George H. West, U. S. Atty., of Topeka, Kan., for appellant.

Lee Bond, of Leavenworth, Kan., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Remanded to United States District Court for District of Kansas on application of United States and a stipulation of the parties, for the entry of judgment pursuant to stipulation of settlement.